AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Darin Sumner

*Defendant(s)*

Case No. 6:26-MJ-6147-HAI

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 2026 to September 2026 in the county of Perry in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a mixture or substance containing a detectable cocaine base, a Schedule II controlled substance (April 15, 2026 in Perry County) |
| 21 U.S.C. § 846 | Conspiracy to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance (February 2026 to September 2026 in Perry County) |

This criminal complaint is based on these facts:

See attached affidavit of FBI Task Force Officer Zachary Bryson

☑ Continued on the attached sheet.

/s/ Zachary Bryson w.p.b. Hanly A. Ingram

*Complainant's signature*

FBI TFO Zachary Bryson

*Printed name and title*

Attested remotely per Rule 4.1(b)(2)(A) by email & telephone.

*Judge's signature*

Date: 10/13/2026

City and state: Lexington, Kentucky

Hanly A. Ingram, United States Magistrate Judge

*Printed name and title*